**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 369 MAL 2015
:
          Respondent    :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v.            :
:
:
:
MARK ANTHONY MURDOCK,    :
:
          Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of August, 2015, the Petition for Allowance of Appeal is

**DENIED**.